OPINION — AG — ** APPRAISERS — SCHOOL LANDS ** QUESTION: I NEED TO KNOW WHETHER THE LAWS OF THE STATE OF OKLAHOMA REQUIRE THE APPRAISERS OF OUR SCHOOL LANDS FOR LEASING PURPOSE BE RESIDENTS OF A COUNTY OTHER THAN THE COUNTY WHEREIN THE LAND IS LOCATED ? — NEGATIVE (RESIDENCY, LEASE LAND, NON RESIDENTS) CITE: 64 O.S. 82 [64-82], 64 O.S. 87 [64-87](A), 64 O.S. 89 [64-89] (J. H. JOHNSON)